**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| JOEL SOILEAU,<br>Plaintiffs,<br>v.<br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br>Defendant. | Case № 2:26-cv-06295-ODW (Ex)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion to Strike, (Dkt. No. 49), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. The Court **STRIKES** each cause of action alleged pursuant to California's anti-SLAPP statute, Cal. Civ. Proc. Code section 425.16; and
3. Plaintiff's Complaint is **DISMISSED** on the merits and with prejudice.

**IT IS SO ORDERED.**

September 9, 2026

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**